No. 6519. BRADY *v.* OHIO, 402 U. S. 989. Petition for rehearing and other relief denied.

JUNE 15, 1971

No. 1009. UNITED STATES *v.* UNICORN ENTERPRISES, INC., ET AL. C. A. 2d Cir. [Certiorari granted, 401 U. S. 907.] Writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

JUNE 21, 1971

No. 1341. JACKSON ET AL. *v.* OGILVIE, GOVERNOR OF ILLINOIS, ET AL. Affirmed on appeal from D. C. N. D. Ill. [For earlier orders herein, see, *e. g.*, 401 U. S. 952.]

No. 1360. BELLER ET AL. *v.* ASKEW, GOVERNOR OF FLORIDA, ET AL. Affirmed on appeal from D. C. S. D. Fla.

No. 122. FUCINI *v.* ILLINOIS. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 724. ALHAMBRA CITY SCHOOL DISTRICT OF LOS ANGELES COUNTY ET AL. *v.* MIZE ET AL. Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.